UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID T. CORSO,

      Plaintiff,

-vs-                                    Case No. 5:08-cv-380-Oc-10GRJ

CITY OF OCALA, OCALA POLICE
DEPARTMENT, OCALA POLICE
OFFICERS, CHIEF OF POLICE, Ocala
Police Department, J.E. PITTMAN, CPL,
MICHAEL GREEN, PFC, Elliot Chauncey,
DEP, LISA GARCEAU, Officer, RANDY
EWERS, Mayor of Ocala,

      Defendants.
_____

**O R D E R**

On February 10, 2009, the United States Magistrate Judge issued a Report (Doc. 13) recommending that the *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be denied, and that the Plaintiff's Complaint (Doc. 1) be dismissed without prejudice based on the Plaintiff's failure to prosecute and failure to comply with a Court order. The Plaintiff has not filed any objections or response to the Magistrate Judge's Report, and the time for responding has elapsed.

Accordingly, upon due consideration, and an independent review of the case record, it is hereby ORDERED as follows:

(1) The United States Magistrate Judge's Report and Recommendation (Doc. 13) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;

(2) The Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is DENIED; and

(3) The Plaintiff's Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to enter judgment accordingly, terminate all other pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of March, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
David T. Corso, *pro se*